IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 18-cv-02647-WYD

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,

   Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, and
RYAN ZINKE, in his official capacity as Secretary of the Interior,

   Defendants.
_____

**ORDER DIRECTING PREPARATION OF JOINT CASE MANAGEMENT PLAN**
_____

**Daniel, J.**

   This action under the Administrative Procedures Act was filed on October 17, 2018.  A Joint Case Management Plan should, if properly negotiated, provide a mutually agreeable road map for prioritizing and addressing procedural issues as well as an efficient briefing schedule.

   Accordingly, the parties are directed to confer and prepare a proposed Joint Case Management Plan (JCMP).  The form JCMP of this court is referenced in D.C.COLO.LAPR 16.1.  Counsel should attempt in good faith to agree on all matters covered in the form JCMP.  Any issue in dispute should be identified in the proposed JCMP with a brief statement concerning the basis for the disagreement.

   **THEREFORE, IT IS ORDERED** that on or before the deadline for defendants' response to the complaint under Fed. R. Civ. P. 12(a)(2), the parties shall file (using the Notice event in CM/ECF) a proposed Joint Case Management Plan using the form

referenced in D.C.COLO.LAPR 16.1, and shall submit a copy of the proposed Joint Case Management plan in an editable format (Microsoft Word or WordPerfect) to Daniel_Chambers@cod.uscourts.gov.

Dated: October 18, 2018

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE