**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02647

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,

    Plaintiff,

v.

THE U.S. FISH AND WILDLIFE SERVICE, a federal agency, and

RYAN ZINKE, in his official capacity as the Secretary of the U.S. Department of the Interior,

    Defendants.

**PROOF OF SERVICE**

I respectfully certify that service pursuant to FED. R. CIV. P. 4(i) for the above captioned case took place as described below, which included true and correct copies of each of the following documents:

| | |
|---|---|
| ECF 1 | Complaint |
| ECF 3 – 3-3 | Issued Summons |
| ECF 3-4 | Notice of Right to Consent to a Magistrate Judge |
| ECF 4 | Corporate Disclosure Statement |
| ECF 5 | Notice of Related Case |

On October 19, 2018, the above listed documents were sent by certified mail to the following parties:

    U.S. Fish and Wildlife Service
    1849 C Street, NW
    Washington, DC 20240

Ryan Zinke, Secretary
U.S. Department of Interior
1849 C Street, NW
Washington, D.C. 20240-0001

Civil Process Clerk
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

The U.S. Attorney's Office received the documents on October 23, 2018. The U.S. Fish and Wildlife Service and Secretary Zinke received the documents on October 30, 2018. The Attorney General received the documents on October 31, 2018. Receipts and delivery confirmation are attached hereto as Exhibit A.

DATED: November 16, 2018              */s/ Brian Segee*
                                      Brian Segee
                                      Center for Biological Diversity
                                      660 S. Figueroa Street, Suite 1000
                                      Los Angeles, CA  90017
                                      Telephone: (805) 750-8852
                                      Email: bsegee@biologicaldiversity.org

                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, I filed the foregoing PROOF OF SERVICE with the Clerk of the Court using the CM/ECF system, which will send notice to all attorneys of record.

                                                                    */s/ Brian Segee*  
                                                                    Brian Segee

# Exhibit A



Sent To: US Fish & Wildlife Serv.
Street: 1849 C. St., NW
City, State, ZIP+4: Washington, DC 20240



Sent To: Ryan Zinke, US Dep't of Interior
Street: 1849 C. St., NW
City, State, ZIP+4: Washington, DC 20240-0001



Sent To: Civil Process Clerk, US Attorney's Office
Street: 1801 California St., Ste. 1600
City, State, ZIP+4: Denver, CO 80202



Sent To: Attorney General, US Dep't of Justice
Street: 950 Pennsylvania Ave., NW
City, State, ZIP+4: Washington, DC 20530-0001

ALERT: DUE TO WILDFIRES IN CALIFORNIA, USPS SERVICES ARE IMPACTED IN THOSE A…

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70173040000041297740

Expected Delivery on

**TUESDAY**
**30** OCTOBER 2018 ⓘ

by
**8:00pm** ⓘ

Feedback

## ✓ Delivered

October 30, 2018 at 8:00 am
Delivered
WASHINGTON, DC 20240

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

ALERT: DUE TO WILDFIRES IN CALIFORNIA, USPS SERVICES ARE IMPACTED IN THOSE A…

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70171070000055680740

Expected Delivery on

**TUESDAY**

**30**  OCTOBER 2018 ⓘ

by

**8:00pm** ⓘ

Feedback

## ✓ Delivered

October 30, 2018 at 8:00 am
Delivered
WASHINGTON, DC 20240

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

ALERT: DUE TO WILDFIRES IN CALIFORNIA, USPS SERVICES ARE IMPACTED IN THOSE A…

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

**Tracking Number:** 70173040000041297610

Remove ✕

**Expected Delivery by**

**TUESDAY**
**23** OCTOBER 2018 ⓘ | by **8:00pm** ⓘ

Feedback

## ✓ Delivered

October 23, 2018 at 12:11 pm
Delivered, Front Desk/Reception/Mail Room
DENVER, CO 80202

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

ALERT: DUE TO WILDFIRES IN CALIFORNIA, USPS SERVICES ARE IMPACTED IN THOSE A…

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

Remove ✕

**Tracking Number:** 70171070000055680726

Expected Delivery on

**WEDNESDAY**
**31** OCTOBER 2018 ⓘ

See Product Information ⌄

Feedback

## ✓ Delivered

October 31, 2018 at 5:19 am
Delivered, To Agent
WASHINGTON, DC 20530

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃