**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel**

Civil Action No. 18-cv-02647-WYD

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,

    Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, and
RYAN ZINKE, in his official capacity as Secretary of the Interior,

    Defendants.

## ORDER

    THIS MATTER comes before the Court on the parties' proposed Stipulated Settlement Agreement (ECF No. 9). Based on my careful review of the file, the Stipulated Settlement Agreement (ECF No. 9) is **APPROVED.** Pursuant to the parties' Stipulated Settlement Agreement (ECF No. 9), It is

    ORDERED that Petitioner's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE.** Accordingly, the Clerk of the Court is directed to close this case. However, it is

    FURTHER ORDERED that the Court retains jurisdiction over this matter to oversee compliance with the terms of the Settlement Agreement and to resolve any motions to modify such terms.

Dated:  January 8, 2019

                BY THE COURT:


                *s/ Wiley Y. Daniel*
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE