**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CENTER FOR BIOLOGICAL DIVERSITY     Civil Action No. 18-cv-2647-WYD

Petitioner,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, *ET AL.,*

Respondents.

---

**UNOPPOSED MOTION TO MODIFY STIPULATED SETTLEMENT AGREEMENT**

---

The United States hereby moves the Court to modify the Stipulated Settlement Agreement, ECF 9. Counsel for the United States consulted with counsel for Friends of Animals, the Audubon Society of Greater Denver, and the Center for Biological Diversity, who do not oppose this request.

Under the terms of the Stipulated Settlement Agreement, the U.S. Fish and Wildlife Service (Service) must submit to the Federal Register for publication a proposed regulation to designate critical habitat for the western distinct population segment (DPS) of the yellow-billed cuckoo on or before August 5, 2019, unless, by that date, the Service has published a 12-month finding that delisting the western DPS of the yellow-billed cuckoo is warranted. ECF 9 ¶ 1. The Service is unable to meet the August 5, 2019 deadline and, thus, requests an unopposed modification of the deadlines set forth in the Agreement.

Under paragraph 3 of the Agreement, the terms of the Agreement may be modified by the Court "upon good cause shown, consistent with the Federal Rules of Civil Procedure, by written

stipulation between the parties filed with and approved by the Court, or upon written motion filed by one of the parties and granted by the Court." ECF 9 ¶ 3. The Service requests a modification of the deadlines set forth in the Agreement for two reasons. First, as a result of the lapse of appropriations from December 21, 2018, to January 25, 2019, the Service lost 35 days and was required to reschedule key coordination meetings to address aspects of the proposed regulation to designate critical habitat. Because these meetings involved Service personnel from multiple regions, it took time to reschedule them. Second, since the Court approved the Agreement, the Service was made aware that, pursuant to the authority of Executive Order 12866, the Office of Information and Regulatory Affairs (OIRA), within the executive Office of Management and Budget, may review the potential legal and economic effects of the proposed critical habitat. OIRA's review process would add approximately three months to the Service's preparation of a proposed critical habitat rule.

As a result, the Service respectfully requests that the Court modify the Agreement to allow the agency to submit for publication a proposed regulation to designate critical habitat for the western DPS of the yellow-billed cuckoo on or before **February 5, 2020**, unless, by that date, the Service has published a 12-month finding that delisting the western DPS of the yellow-billed cuckoo is warranted. If the Service publishes a 12-month warranted finding on or before **February 5, 2020**, the parties shall comply with the meet and confer process set out in the Agreement, ECF 9 ¶ 1. If the Service submits for publication a proposed regulation to designate critical habitat on or before **February 5, 2020**, then the Service shall submit for publication a determination as required under Section 4(b)(6) by **February 5, 2021**, unless by that date the Service has published a 12-month finding that delisting the western DPS of the yellow-billed cuckoo is warranted.

Should OIRA decide not to review the potential legal and economic effects of the proposed

critical habitat, then the parties agree that the **February 5, 2020** deadline would move up to **November 5, 2019**, and the **February 5, 2021** deadline would move up to **November 5, 2020**.

Because the United States has shown good cause as to why the terms of the Agreement should be modified and the remaining parties to the Agreement do not oppose this request, the United States respectfully requests that the Court enter an order approving the proposed modification.

DATED: July 23, 2019

>JEAN E. WILLIAMS,
>Deputy Assistant Attorney General
>SETH M. BARSKY, Chief
>MEREDITH L. FLAX, Assistant Chief
>
>*/s/ Mary Hollingsworth*
>MARY HOLLINGSWORTH
>Senior Trial Attorney
>United States Department of Justice
>Environment & Natural Resources Division
>Wildlife and Marine Resources Section
>999 18th Street
>South Terrace, Suite 370
>Denver, CO 80202
>Telephone: 303-844-1898
>Email: mary.hollingsworth@usdoj.gov
>
>*Attorneys for Federal Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Mary Hollingsworth*
MARY HOLLINGSWORTH